Next case is number 07-3322. Sandhu v. Department of the Army. The petitioner is not appearing. We're glad to hear from the Department of the Army. The things that are in your brief and that you've already told us, I think we will take under advisement. Is there anything particular that you want to flag for our attention? Your Honor, I would just like to briefly point out a few things that were raised in Mr. Sandhu's reply brief. The first really relates to his issue of motive and I just want to make clear that the... I think you should stay with the record. He's not here to respond. Okay, Your Honor. I think the new information, unless we have some questions, are perhaps not appropriate in this context. I'm happy to answer any questions the Court has. Otherwise, we'll be happy to submit the case on the brief. Do you have any questions about this case, Judge? Well, thank you for coming. Thank you for being here. The case is taken under submission. So this was called a cameo appearance. Thank you, Your Honor. All rise.